# United States Bankruptcy Court
### District of Massachusetts

In re: Eric J. Dixon / Kerri G. Dixon, Debtor(s)

Case No. **18-10359**
Chapter **7**

## OPPOSITION TO MOTION FOR RELIEF OF STAY

Now comes the Debtor in the above-captioned case and opposes the Motion for Relief of Stay filed by creditor Nationstar Mortgage LLC d/b/a Mr. Cooper and the Debtor submits the following in support thereof:

1. On or about **February 1, 2018**, the Debtor filed an original petition under Chapter 7 of the United States Bankruptcy Code in this Court;

2. On or about **March 2, 2018**, Debtor Nationstar Mortgage LLC d/b/a Mr. Cooper (Mr. Cooper) filed a Motion for Relief of Stay seeking permission to foreclose against the Debtor's primary residence;

3. This case was recently dismissed but Debtor has filed a Motion to Vacate the Dismissal and files this opposition to Mr. Cooper's motion should the case be reinstated;

4. Debtor opposes a Motion for Relief of Stay on the grounds that Relief of Stay is not necessary. Debtor, with applicable Court approval, expects to either apply for a modification of their mortgage with Mr. Cooper or list their primary residence for sale and, as noted in the Schedules, will have enough equity to pay the secured creditor in full, rendering an Order for Relief of Stay and subsequent foreclosure unnecessary;

5. A relief of stay order would allow Mr. Cooper to foreclose against the primary residence and unnecessarily waste the Debtors' equity.

WHEREFORE, the Debtor respectfully requests that this Court deny the creditor Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief of Stay pending Debtor's best efforts to address their mortgage arrearages by modification or sale of collateral.

Dated: March 9, 2018

Respectfully submitted,
Debtor
By their attorney,
/s/ Anthony Frate
Anthony Frate, Esq.
426 Main Street, Suite 1
Stoneham, MA 02180
781-438-2800
BBO No. 567093

## Certificate of Service

I, Anthony Frate, certify that on March 9, 2018, I caused to be served a copy of the above document to the trustee and to the moving party by ECF automatic electronic service:

| | |
|---|---|
| Korde &Associates (attorney for Nationstar d/b/a Mr. Cooper): | jranieri@kordeassoc.com |
| John Aquino, Chapter 7 Trustee: | jja@andersonaquino.com |
| US Trustee: | USTPRegion01.BO.ECF@USDOJ.GOV |

/s/ Anthony Frate