**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| In Re:<br>Eric J. Dixon and Kerri G. Dixon | Case Number 18-10359-FJB<br>Chapter 7 |
|---|---|

**ASSENTED TO MOTION TO CONTINUE HEARING REGARDING
MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
FOR RELIEF FROM THE AUTOMATIC STAY [DOC. NO. 19]**

Now comes Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor") and respectfully requests that the hearing currently scheduled for Wednesday, May 23, 2018 at 10AM be continued for an additional period of approximately thirty (30) days, or to some other date and time that this Court deems just and proper.

As grounds for this Motion, Secured Creditor states that the Debtors, by and through their counsel, have indicated an intent to sell the subject property forthwith. The Debtors anticipate that a purchase and sale agreement will be executed by the end of next week, and that the sale can be consummated by mid-June. It is believed that the proceeds from the sale will be sufficient to payoff Secured Creditor's total debt claim in its entirety.

Wherefore, Secured Creditor respectfully requests that the hearing on this matter be continued for an additional period of approximately thirty (30) days.  Debtor's Counsel, Attorney Anthony Frate, has assented to the filing of this Motion.

Dated:  May 18, 2018

                Respectfully submitted,
                Nationstar Mortgage LLC d/b/a Mr. Cooper
                By its attorney,

                /s/ Marcus Pratt
                Marcus Pratt, Esquire
                BBO #684610
                Korde & Associates, P.C.
                900 Chelmsford Street, Suite 3102
                Lowell, MA 01851
                Tel: (978) 256-1500
                bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| In Re:<br>Eric J. Dixon and Kerri G. Dixon | Case Number 18-10359-FJB<br>Chapter 7 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **Nationstar Mortgage LLC d/b/a Mr. Cooper** hereby certify that on May 18, 2018 I electronically filed the foregoing *Assented to Motion to Continue* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
John Aquino, Trustee
Anthony Frate, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Eric J. Dixon
14 Bay Street
Wakefield, MA 01880

Kerri G. Dixon
14 Bay Street
Wakefield, MA 01880

Tax Collector:
Town of Wakefield, MA
1 Lafayette Street
Wakefield, MA 01880

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

17-029428 / BK01